**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JACOB THOMAS EARLS,                                                    PLAINTIFF
ADC #114556

v.                              No. 3:09CV00230 JLH-JJV

MATTHEW RING, Paragould
Police Department                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that: Defendant's Motion For Summary Judgment is DENIED.  Document #37.

DATED this 17th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE