IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS
ADC #114556                                                                                                         PLAINTIFF

v.                                      CASE NO. 3:09-cv-00230-JLH-JJV

MATT RING, Officer, Paragould
Police Department                                                                                                DEFENDANT

## ORDER

This matter is scheduled for an evidentiary hearing at 9:30 a.m. on Wednesday, May 4, 2011. The Arkansas Department of Correction is directed to transport Plaintiff, along with his institutional, medical, and psychiatric files, as well as his inmate-witness, William Shaw, ADC# 079624, on this date by 9:00 a.m., for a hearing in Courtroom #2C of the Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 21st day of April, 2011.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE