IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                                           PLAINTIFF
ADC #114556

v.                                    NO. 3:09CV00230 JLH-JJV

MATTHEW RING, Officer,
Paragould Police Department                                                                  DEFENDANT

## ORDER

The parties have filed a joint motion to dismiss this action with prejudice. Document #130.

The motion is GRANTED. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 2nd day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE